# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL QUEVEDO and ROBERT VILLESCAS,<br><br>Plaintiffs,<br><br>vs.<br><br>NEW ALBERTSON'S, INC., a Corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | SACV 13-1160-JLS (JPRx)<br><br>**FURTHER AMENDED JUDGMENT** |

This matter having proceeded to jury verdict before this Court,

**IT IS ORDERED, ADJUDGED AND DECREED** that judgment is entered in favor of Plaintiff Robert Villescas against Defendant New Albertson's Inc., a corporation, in the amount of **$42,002.21**;

**Plus** pre-judgment interest pursuant to Cal. Labor Code §1194(a) at the rate of Ten Percent (10%) per annum from June 3, 2009 to date of Verdict (October 6, 2014) in the amount of **$6,156.83**;

**Plus** the sum of $5.01 per day from October 7, 2014 to the date of entry of judgment, in the amount of **$746.49**;

**Plus** attorneys' fees pursuant to Cal. Labor Code § 1194(a) in the amount of **$358,676.40**;

**Plus** costs as taxed in the sum of **$6,719.34;**

**Plus** post-judgment interest at the rate established by 28 U.S.C. § 1961, from the date of entry of judgment until paid.

Dated:  June 22, 2015  _____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE